# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **SITO MOBILE R&D IP, LLC, AND SITO MOBILE, LTD.,**<br><br>Plaintiff<br><br>v.<br><br>**BLUE SCOUT MEDIA, LLC,**<br><br>Defendant | **Case No. 6:20-cv-00910-ADA**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Plaintiff, SITO Mobile R&D IP, LLC, and SITO Mobile, LTD., hereby dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i):

1. SITO Mobile R&D IP, LLC, and SITO Mobile, LTD. filed its Complaint in the above-titled action against Blue Scout Media, LLC on October 1, 2020.

2. Blue Scout Media, LLC has not served an answer or a motion for summary judgment in this action.

3. Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

4. Federal Rule of Civil Procedure 41(a)(1)(B) provides that such a dismissal is without prejudice.

5. Accordingly, SITO Mobile R&D IP, LLC, and SITO Mobile, LTD. hereby

dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

| | |
|---|---|
| Dated: June 1, 2022 | Respectfully submitted, |

*/s/ Raymond W. Mort, III*

Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com

**THE MORT LAW FIRM, PLLC**
100 Congress Ave, Suite 2000
Austin, Texas 78701
Tel/Fax: (512) 865-7950

ATTORNEYS FOR PLAINTIFF